**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 15 Case |
| | ) |
| **FAIRFIELD SENTRY LIMITED, et al.,** | ) Case No. 10-13164 (SMB) |
| | ) |
| Debtors in Foreign Proceedings. | ) Jointly Administered |
| | ) |
| **FAIRFIELD SIGMA LIMITED (IN LIQUIDATION),** acting by and through the Foreign Representatives thereof, and **KENNETH KRYS** and **GREIG MITCHELL,** solely in their capacities as Foreign Representatives and Liquidators thereof, | ) ) ) ) Adv. Pro. No. 10-03503 (SMB) |
| Plaintiffs, | ) |
| | ) |
| -against- | ) |
| | ) **FINAL JUDGMENT** |
| **TERCAS – CASSA DI RISPARMIO DELLA PROVINCIA DI TERAMO S.P.A.** and **BENEFICIAL OWNERS OF ACCOUNTS HELD IN THE NAME OF TERCAS – CASSA DI RISPARMIO DELLA PROVINCIA DI TERAMO S.P.A. 1-1000,** including without limitation **BENEFICIAL OWNERS OF ACCOUNTS ASSOCIATED WITH REFERENCE IDENTIFIER GPF C/TERZI,** | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

It is **ORDERED, ADJUDGED, AND DECREED** that, for the reasons set forth in the Court's Memorandum Decision dated December 14, 2020 and the Stipulated Order Granting in Part and Denying in Part the Moving Defendants' Second Consolidated Motion to Dismiss dated February 23, 2021:

Because all other claims in this adversary proceeding have previously been dismissed, judgment is hereby entered in favor of all defendants in this adversary proceeding, dismissing this adversary proceeding with prejudice.

Each party shall bear its own costs.

Dated: New York, New York
        March 3, 2021

                                    _____VITO GENNA_____
                                           Clerk of Court


                        By:    ____/s/ Mary Lopez_____
                                        Deputy Clerk